Stephen C. HELLER, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 274, 2016

Supreme Court of Delaware.

Submitted: July 18, 2016

Decided: September 7, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1402013678B

DISMISSED.

Kevin HOWARD, Plaintiff Below, Appellant,

v.

Robert COUPE, Commissioner, Department of Correction, Perry Phelps, Chief, Bureau of Prisons, and David Pierce, Warden, James T. Vaughn Correctional Center, Defendants Below, Appellees.

No. 335, 2016

Supreme Court of Delaware.

Submitted: July 12, 2016

Decided: September 7, 2016

Court Below—Court of Chancery of the State of Delaware, C.A. No. 10307

DISMISSED.

Rashai HARMON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

Nos. 13, 2016 & 14, 2016 Consolidated

Supreme Court of Delaware.

Submitted: July 1, 2016

Decided: September 8, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 0805010747 & 1503003016

AFFIRMED.

Russell D. BALKO, Defendant Below-Appellant,

v.

STATE of Delaware, Plaintiff Below-Appellee.

No. 346, 2016

Supreme Court of Delaware.

Submitted: August 15, 2016

Decided: September 8, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1405012254

REMANDED.